THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE JON THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>    Defendant. | No. 2:22-cv-01414-JLR    **JLR**<br><br>~~PROPOSED~~ ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL |

Plaintiff and Defendant The Boeing Company ("Boeing") have stipulated to the voluntary dismissal of the above-captioned action.  Pursuant to Federal Rule of Civil Procedure 41, and for good cause shown, it is hereby:

ORDERED that this action is DISMISSED with prejudice and without any findings of liability, wrongdoing, admissions, fault, or damages of any kind, and with Plaintiffs and Boeing each bearing their own attorneys' fees and costs.  The Clerk is hereby directed to close this case.

DATED this 8th day of November, 2022.

_/s/ James L. Robart_
THE HONORABLE JAMES L. ROBART

~~PROPOSED~~ ORDER GRANTING STIPULATION
OF VOLUNTARY DISMISSAL – 1 (NO. 2:22-CV-
01414-JLR)

Submitted by:

By: *s/ Andrew E. Moriarty*
Andrew E. Moriarty, Bar No. 28651
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
AMoriarty@perkinscoie.com

Attorneys for Defendant The Boeing Company

Approved:

By: *s/ Bruce Jon Thomas*
Bruce Jon Thomas
23403 8th Pl. W.
Bothell, WA 98021
Brucejthomas@hotmail.com

Pro se Plaintiff

~~PROPOSED~~ ORDER GRANTING STIPULATION
OF VOLUNTARY DISMISSAL – 2
(No. 2:22-cv-01414-JLR)